## WATSON *v.* EQUITABLE MORTGAGE COMPANY.

SIMMONS, C. J.　The first grant of a new trial, whether general or based upon special grounds, will not be disturbed by this court unless the verdict was demanded by the evidence.　Civil Code, § 5585; *Carolee* v. *Handelis*, 103 *Ga.* 299, 302; *Weinkle* v. *Railroad Co.*, 107 *Ga.* 367.

Judgment affirmed. All the Justices concurring, except Lewis, J., absent.

Argued November 3, — Decided November 27, 1900.

Complaint. Before Judge Reagan. Monroe superior court. February term, 1900.

*Robert L. Berner*, for plaintiff in error.
*Cabaniss & Willingham, Payne & Tye*, and *J. A. Noyes*, contra.